STATE OF NEW JERSEY v. HECTOR VILLANUEVA.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WINFIELD ANDERSON.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL GETTS.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MACK ARTHUR TWITTY.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FERNANDO ODOM.

March 1, 1983.

Petition for certification denied.